■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARRON MACK, Appellant. [3 NYS3d 701]—Appeal from a judgment of the Supreme Court, Monroe County (David D. Egan, J.), rendered October 1, 2010. The judgment convicted defendant, upon a jury verdict, of rape in the first degree and sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of rape in the first degree (Penal Law § 130.35 [1]) and sexual abuse in the first degree (§ 130.65 [1]). Viewing the evidence in light of the elements of the crimes as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we conclude that the verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Issues of credibility and the weight to be accorded to the evidence presented are primarily to be determined by the jury (*see generally People v Woolson*, 122 AD3d 1353, 1355 [2014]), and we perceive no reason to disturb the jury's resolution of those issues. We also conclude that the sentence is not unduly harsh or severe. Present—Centra, J.P., Peradotto, Lindley and DeJoseph, JJ.